**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,
    Plaintiffs,

vs.

ACTION ELECTRONICS CO., LTD, et al.,
    Defendant(s).

Case Number: C 14-04616-CW

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY ANDREW W. SPANGLER**

After considering Plaintiff's Motion to Withdraw Attorney Andrew W. Spangler, for good cause shown, the Court ORDERS that such Motion is Granted.

It is therefore ORDERED that Andrew W. Spangler is hereby withdrawn as counsel of record for Plaintiffs and terminated from CM/ECF notifications in connection with these matters.

Dated: 11/18/2014

*(signature)*
HONORABLE CHIEF DISTRICT JUDGE
CLAUDIA WILKEN