[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Ltd., LLC, et al.

          Plaintiff(s),

v.

Sony Corporation, et al.,

          Defendant(s).

Case No: C 14 4616-DMR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Anthony G. Simon, an active member in good standing of the bar of the State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Henry Bunsow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, MO 63101 | Bunsow De Mory - 351 California Street, Suite 200, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 241-2929 | (415) 426-4747 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| asimon@simonlawpc.com | hbunsow@bdiplaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MO38745.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/04/14

                                                          Anthony G. Simon
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Anthony G. Simon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/19/2014

                                                       UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF
GOOD STANDING**

I, GREGORY J. LINHARES, *Clerk of this Court,*

*certify that* Anthony G. Simon, *Bar #* 38745MO,

*was duly admitted to practice in this Court on*

December 11, 1991, *and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* St. Louis, Missouri *on* October 29, 2014.
*LOCATION*  *DATE*

/s/ Gregory J. Linhares
CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK