# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| TECHNOLOGIES PROPERTIES LIMITED, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ACTION ELECTRONICS CO., LTD., ET AL, <br><br> Defendants. | CASE NO.: 14-4616 CW |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

Good cause having been shown, the Court GRANTS counsel's unopposed motion for leave to withdraw as counsel for Plaintiff Technologies Properties Limited, LLC.

IT IS SO ORDERED.

Dated: 11/19/2014

Claudia Wilken
U.S. District Judge